# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION
## CIVIL ACTION NO. 7:21-CV-0210-D

| | |
|---|---|
| TSR LLC<br><br>Plaintiff<br><br>v.<br><br>Wizards of the Coast LLC<br><br>Defendant. | **Notice of Voluntary Dismissal Without Prejudice** |

Plaintiff through counsel pursuant to F.R. Civ. P. 41(a)(1)(A)(i) gives notice of dismissal of this action against Defendant Wizards of the Coast LLC without prejudice.

This the 21st day of October, 2021.

**THE HUMPHRIES LAW FIRM, P.C.**

/s/ Justin K. Humphries
_____
Justin K. Humphries
*Attorney for Plaintiff*
State Bar # 36833
1904 Eastwood Rd, Suite 310A
Wilmington, NC 28403
 910-332-0721 (phone)
888-290-7817 (fax)
justin@humphriesfirm.law